# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN KROHN,

    Plaintiff(s),

v.

AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA NEVADA &UTAH dba AAA NEVADA INSURANCE, et al.,

    Defendant(s).

2:12-CV-2099 JCM (RJJ)

# ORDER

Presently before the court is defendant AAA Nevada Fire & Casualty Insurance Company's motion to dismiss plaintiff's allegations regarding breach of fiduciary duty and fraudulent inducement. (Doc. # 4). Defendant's motion is filed pursuant to Fed. R. Civ. P. 8, 9, and 12(b)(6). On January 4, 2013, defendant filed a notice of non-opposition. (Doc. # 7). To date, plaintiff Kevin Krohn has failed to file an opposition.

Pursuant to Local Rule 7-2(d), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less

**James C. Mahan**
**U.S. District Judge**

drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

The instant motion specifically seeks dismissal of plaintiff's fourth cause of action for breach of fiduciary duty and plaintiff's fifth cause of action for fraudulent inducement. (*See* doc. # 4). In light of plaintiff's failure to respond and weighing the factors identified in *Ghazali*, the court finds dismissal appropriate.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant AAA Nevada Fire & Casualty Insurance Company's motion to dismiss plaintiff's allegations regarding breach of fiduciary duty and fraudulent inducement (doc. # 4) be, and the same hereby is, GRANTED.

Thus, plaintiff's fourth and fifth causes of action are dismissed without prejudice.

DATED January 14, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -