# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN KROHN,

    Plaintiff(s),

v.

AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA NEVADA &UTAH dba AAA NEVADA INSURANCE, et al.,

    Defendant(s).

2:12-CV-2099 JCM (RJJ)

## ORDER

Presently before the court is defendant AAA Nevada Fire & Casualty Insurance Company's motion to dismiss plaintiff's allegations regarding breach of fiduciary duty and fraudulent inducement. (Doc. # 4). Defendant's motion is filed pursuant to Fed. R. Civ. P. 8, 9, and 12(b)(6). On January 4, 2013, defendant filed a notice of non-opposition. (Doc. # 7). To date, plaintiff Kevin Krohn has failed to file an opposition.

Pursuant to Local Rule 7-2(d), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less

**James C. Mahan**
**U.S. District Judge**

1  drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*,
2  779 F.2d 1421, 1423 (9th Cir. 1986)).

3        The instant motion specifically seeks dismissal of plaintiff's fourth cause of action for breach
4  of fiduciary duty and plaintiff's fifth cause of action for fraudulent inducement. (*See* doc. # 4). In
5  light of plaintiff's failure to respond and weighing the factors identified in *Ghazali*, the court finds
6  dismissal appropriate.

7        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant AAA Nevada
8  Fire & Casualty Insurance Company's motion to dismiss plaintiff's allegations regarding breach of
9  fiduciary duty and fraudulent inducement (doc. # 4) be, and the same hereby is, GRANTED.

10       Thus, plaintiff's fourth and fifth causes of action are dismissed without prejudice.
11       DATED January 14, 2013.

                                                                  **UNITED STATES DISTRICT JUDGE**