UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN KROHN,<br><br>          Plaintiff,<br><br>vs.<br><br>AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA AND UTAH., et al.,<br><br>          Defendants. | Case No. 2:12-cv-02099-JCM-NJK<br><br>ORDER GRANTING IN PART PROPOSED DISCOVERY PLAN<br>(Docket No. 20) |

Pending before the Court is the proposed discovery plan (Docket No. 20), which is hereby **GRANTED in part**. The proposed discovery plan seeks a discovery period of 270 days from the date of the Rule 26(f) conference. *See* Docket No. 20 at 2. Although the Court finds good cause for extending the presumptively reasonable discovery period, *see* Local Rule 26-1(e)(1), it finds that the discovery period requested is excessive. In particular, the Court finds that 225 days from the Rule 26(f) conference provides sufficient time to conduct discovery in this case. Accordingly, the parties are ordered, no later than March 12, 2013, to file another proposed discovery plan that is based on the 225-day discovery period outlined above.[1]

IT IS SO ORDERED.

DATED: March 6, 2013

                                                  _____
                                                  NANCY J. KOPPE
                                                  United States Magistrate Judge

---

[1] The parties are also advised that their proposed paragraph regarding requests for extensions (Docket No. 20 at 5) does not comport with Local Rule 26-4, which requires such requests be filed no later than 21 days before the subject deadline sought to be extended.