# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN KROHN,

        Plaintiff(s),

vs.

AMERICAN AUTOMOBILE ASSOC. OF NORTHERN CAL. & UTAH,

        Defendant(s).

Case No. 2:12-cv-02099-JCM-NJK

ORDER DENYING REQUEST FOR ATTORNEY'S FEES
(Docket No. 15)

Pending before the Court is Defendant's request for attorney's fees in the event that Plaintiff sought a dismissal pursuant to Fed. R. Civ. P. 41(a). Docket No. 15. As Plaintiff has not made such a request, the request for attorney's fees is hereby **DENIED**.

IT IS SO ORDERED.

DATED: June 10, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge