# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN KROHN,<br><br>        Plaintiff(s),<br><br>vs.<br><br>AMERICAN AUTOMOBILE ASSOC. OF NORTHERN CAL. & UTAH,<br><br>        Defendant(s). | Case No. 2:12-cv-02099-JCM-NJK<br><br>ORDER DENYING REQUEST FOR ATTORNEY'S FEES<br>(Docket No. 15) |

Pending before the Court is Defendant's request for attorney's fees in the event that Plaintiff sought a dismissal pursuant to Fed. R. Civ. P. 41(a). Docket No. 15. As Plaintiff has not made such a request, the request for attorney's fees is hereby **DENIED**.

IT IS SO ORDERED.

DATED: June 10, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge