1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN KROHN,                                    )
                                                )
                    Plaintiff(s),               )    Case No. 2:12-cv-02099-JCM-NJK
                                                )
vs.                                             )    ORDER SETTING HEARING ON
                                                )    MOTION TO WITHDRAW AS
AMERICAN AUTOMOBILE ASSOC.                      )    ATTORNEY
OF N. CAL. NEV. & UTAH,                         )    (Docket No. 33)
                                                )
                    Defendant(s).               )
                                                )

Pending before the Court is a motion to withdraw as counsel, filed by Cory Hilton.  Docket No. 33.  The Court hereby orders that any response be filed no later than September 17, 2013, and any reply no later than September 24, 2013.  The motion to withdraw is hereby set for hearing for October 9, 2013 at 4:00 p.m. in Courtroom 3A.  Plaintiff is hereby ORDERED to attend the hearing.  Mr. Hilton is ORDERED to notify Plaintiff of his required attendance and to file a proof of service with the Court no later than September 17, 2013.  Any new counsel retained to represent Plaintiff in this matter is also ordered to attend.  THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

The Court reminds Mr. Hilton that, unless and until the Court grants his motion to withdraw, he remains Plaintiff's counsel of record.  As such, Mr. Hilton continues to be responsible for complying with all deadlines in this case.

IT IS SO ORDERED.

DATED: September 13, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge