# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN KROHN,

       Plaintiff(s),

v.

AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA NEVADA &UTAH dba AAA NEVADA INSURANCE, et al.,

       Defendant(s).

2:12-CV-2099 JCM (NJK)

**ORDER**

Presently before the court is the report and recommendation of Magistrate Judge Koppe. (Doc. # 36). No objections have been filed even though the deadline date for filing objections has expired.

Also before the court is defendant's motion for attorneys' fees. (Doc. #42). Plaintiff filed a response in opposition (doc. # 44) and defendant replied (doc. # 45).

Defendant filed a motion to dismiss plaintiff's complaint in this case due to plaintiff's failure to prosecute this action, failure to cooperate in discovery, and failure to appear without justification. (Doc. # 32). The magistrate judge recommended that the court grant this motion due to the egregious nature of plaintiff's consistent failures to appear and make required disclosures. (Doc. # 36).

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to

**James C. Mahan**
**U.S. District Judge**

1   a magistrate judge's report and recommendation, then the court is required to "make a de novo
2   determination of those portions of the [report and recommendation] to which objection is made."
3   28 U.S.C. § 636(b)(1).
4         Where a party fails to object, however, the court is not required to conduct "any review at all
5   . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).
6   Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate
7   judge's report and recommendation where no objections have been filed. *See United States v.*
8   *Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the
9   district court when reviewing a report and recommendation to which no objections were made); *see*
10  *also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's
11  decision in *Reyna–Tapia* as adopting the view that district courts are not required to review "any
12  issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's
13  recommendation, then this court may accept the recommendation without review. *See, e.g.*,
14  *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation
15  to which no objection was filed).
16        Nevertheless, this court finds it appropriate to engage in a de novo review to determine
17  whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation
18  and underlying briefs, this court finds good cause appears to ADOPT the magistrate's findings in
19  full.
20        Furthermore, due to plaintiff's egregious failures to comply with orders of the court, provide
21  disclosures, and appear when required to do so, the court finds it appropriate to award attorneys' fees
22  to defendant for the work incurred following March 1, 2013, the date on which plaintiff's counsel
23  initially failed to make mandatory disclosures. The court finds that the attorneys' fees incurred by
24  defendant after that date, $13,758.00, are reasonable and that this sanction is appropriate pursuant
25  to Federal Rule of Civil Procedure 37.
26  . . .
27  . . .
28

**James C. Mahan**
**U.S. District Judge**

- 2 -

Accordingly,

IT IS HEREBY, ORDERED, AND DECREED that the report and recommendation of Magistrate Judge Koppe (doc. # 36) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED defendant's motion to dismiss (doc. # 32) is GRANTED.

IT IS FURTHER ORDERED that defendant's motion for attorneys' fees is GRANTED. Plaintiff shall be required to pay defendant the amount of $13,758.00.

IT IS FURTHER ORDERED that the clerk is instructed to enter judgment accordingly and close the case.

DATED February 24, 2014.

_____
**UNITED STATES DISTRICT JUDGE**